AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

E & M STAR PAINTING, INC.
  a/k/a E&M Star Painting, Inc.
  a/k/a E & M Star Painting Inc.
  a/k/a E & M Star Painting

CASE NUMBER   1:06CV01568

JUDGE: Henry H. Kennedy

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 09/07/2006

TO: (Name and address of Defendant)

E & M STAR PAINTING, INC.
  a/k/a E&M Star Painting, Inc.
  a/k/a E & M Star Painting Inc.
  a/k/a E & M Star Painting
5270 Via Del Sol
Williamsville, NY  14221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within    twenty (20)    days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    SEP - 6 2006

CLERK                                          DATE

_Janetta Stewart-Cureton_

(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**         **DISTRICT OF COLUMBIA**

**Case No.: 1:06CV01568**

International Painters and Allied Trades Industry
Pension Fund

vs

E & M Star Painting, Inc. a/k/a E&M Star Painting, Inc.
a/k/a E & M Star Painting Inc. a/k/a E & M Star Painting

SERVICE OF PROCESS ON: **E & M Star Painting, Inc. a/k/a E&M Star Painting, Inc.
a/k/a E & M Star Painting Inc. a/k/a E & M Star Painting**

_____Benjamin Edelman_____, undersigned, being duly sworn, deposes and says that he
was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:      _9-27-06_
Place of Service:    _5270 Via Del Sol Williamsville, NY_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness
in the following manner:

___By handing to defendant personally.
_x_ By hand delivering to an officer, director or manager in charge of defendant business:
     Name & Title: _Lisa Buchanan, Secretary who stated she was authorized
          to accept service on behalf of the corporation_

Description of Person Receiving Documents: Male/Female  Skin Color _black_
                         Hair Color _black_  Age _21-25_ Hgt _5'4-5'8_ Wgt _131-160_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_Ray El_                              _9-27-06_
Signature of Server                   Date

Kent Cprek, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106          215-922-6700