## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>1750 New York Avenue, N.W.<br>Washington, DC 20006-5387<br><br>          Plaintiff,<br>v.<br><br>E & M STAR PAINTING, INC.<br>    a/k/a E&M Star Painting, Inc.<br>    a/k/a E & M Star Painting Inc.<br>    a/k/a E & M Star Painting<br><br>          Defendant. | CIVIL ACTION NO.<br>1:06-cv-01568(HHK) |

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to Defendant, E & M Star Painting, Inc. a/k/a E&M Star Painting, Inc. a/k/a E & M Star Painting Inc. a/k/a E & M Star Painting, as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

                                      Respectfully submitted,

                                      JENNINGS SIGMOND, P.C.

                  BY: /s/ Kent Cprek
                         KENT CPREK
                         Bar No. 478231
                         SANFORD G. ROSENTHAL
                         Bar No. 478737
                         The Penn Mutual Towers, 16th Floor
                         510 Walnut Street, Independence Square
                         Philadelphia, PA 19106-3683
                         (215) 351-0611/0615
                         Attorneys for the Fund

176751-1

Date: <u>December 7, 2006</u>

OF COUNSEL:

JEROME A. FLANAGAN, ESQUIRE
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0660

176751-1

## CERTIFICATE OF SERVICE

I, Kent Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via First Class mail, postage prepaid on the date and to the address below:

E & M Star Painting, Inc.
5270 Via Del Sol
Williamsville, NY 14221

Date:  December 7, 2006                         /s/ Kent Cprek
                                                KENT CPREK

176751-1